JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>MONTE NOTTINGHAM, )<br>    Defendant. )<br>_____ ) | No. CR 09-0218 SI<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 20, 2009 TO APRIL 17, 2009 |

    The parties appeared before the Honorable Susan Illston on March 20, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 20, 2009 to April 17, 2009, in light of in light of defense counsel's need to review discovery. Failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-00218 SI**

excluding the period from March 20, 2009 to April 17, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 20, 2009 to April 17, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

## SPEEDY TRIAL ACT IMPLICATIONS

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are sixty-two (62) days remaining before the trial in this case must commence. Taking the stipulated time exclusion from Friday, March 20 through Friday, April 24, 2009 into account, the "speedy trial" date for this matter is June 5, 2009.

IT IS SO STIPULATED.

DATED: March 24, 2009
/s/
BARRY PORTMAN
Counsel for Monte Nottingham

DATED: March 24, 2009
/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____
THE HON. SUSAN ILLSTON
United States District Court Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 09-00218 SI**                    2